**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MONTANA**
**GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>JORDAN PAIGE DAY,<br><br>Defendant. | **CR-22-74-GF-BMM**<br><br>**ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on October 28, 2026. (Doc. 71.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on October 27, 2026. (Doc. 70.) The government accused Jordan Paige Day (Day) of violating the conditions of her supervised release by: (1) failing to report for substance abuse testing on March 25, 2026; (2) unlawfully possessing gabapentin, a controlled substance, on May 9, 2026; (3) unlawfully possessing marijuana and drug paraphernalia on May 9, 2025; (4) unlawfully possessing methamphetamine on May 9, 2026; by: (5) failing to comply with substance abuse testing on May 20, 2026; and (6) engaging in gambling at Poplar River Grill & Casino during the weeks leading up to June 22, 2026. (Docs. 58 and 69.)

At the revocation hearings Day admitted that she had violated conditions 1, and 5 and 6 as set forth in the Amended Petition. (Docs. 62 and 70.) Judge Johnston found that the violations Day admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of time served, with her supervised release extended to December 31, 2028. (Doc. 71.) Judge Johnston advised Day of her right to appeal and to allocute before the undersigned.(Doc. 70.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 71) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Jordan Paige Day be sentenced to time served, with the term of her supervised release extended to December 31, 2028.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Court